972 A.2d 1154

IN THE MATTER OF KEVIN J. CARLIN,
AN ATTORNEY AT LAW.

June 30, 2009.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **KEVIN J. CARLIN,** of **HAMILTON,** who was admitted to the bar of this State in 1985, and who was suspended from the practice of law for a period of three months, effective March 12, 2009, by Order of this Court filed February 11, 2009, be restored to the practice of law, effective immediately.

ORDERED that **KEVIN J. CARLIN** shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until the further Order of the Court.

972 A.2d 1154

IN THE MATTER OF ANTHONY N. VERNI,
AN ATTORNEY AT LAW.

June 30, 2009.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **ANTHONY N. VERNI,** formerly of **WEST ORANGE,** who was admitted to the bar of this State in 1990, and who was suspended from the practice of law for a period of three months, effective July 1, 2002, by Order of this Court filed June 5, 2002, be restored to the practice of law, effective immediately.